# UNITED STATES BANKRUPTCY COURT
## District of Arizona

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 9/12/07.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case.

### See Reverse Side For Important Explanations

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
| LE GRAND R BONNET<br>480 S. CHIPPEWA DR.<br>CHANDLER, AZ 85224 | NADINE M BONNET<br>480 S. CHIPPEWA DR.<br>CHANDLER, AZ 85224 |
| Case Number:<br>2:07−bk−04582−GBN | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−7442<br>xxx−xx−1629 |
| Attorney for Debtor(s) (name and address):<br>WALTER E. MOAK<br>Macey & Aleman<br>3030 N. Central Ave.<br>Suite 509<br>Phoenix, AZ 85012<br>Telephone number: 602−279−1555 | Bankruptcy Trustee (name and address):<br>BRIAN J. MULLEN<br>PO BOX 32247<br>PHOENIX, AZ 85064<br>Telephone number: 602−283−4468 |

### Meeting of Creditors

Date: **November 15, 2007**        Time: **11:00 AM**
Location: **US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 1/14/08**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727<br>Telephone number: (602) 682−4000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: 9/13/07 |

Case 2:07-bk-04582-GBN    Doc 7    Filed 09/13/07    Entered 09/15/07 22:04:13    Desc
Imaged Certificate of Service    Page 1 of 4

**EXPLANATIONS**        FORM B9A (10/05)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Administrative Expenses in a Converted Case | If this case converted to a Chapter 7, a request for payment of an administrative expense, incurred before conversion, under 11 USC §503(a) must be filed within 90 days after the date set for the meeting of creditors. A governmental unit must file such a request within 180 days after the date of the conversion. |
| Dismissal of Case | This case shall be dismissed if the debtor(s) fail to appear at the meeting of creditors or fail to timely file all required schedules and statements. |

**All individual debtors must provide photo identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.**

–– Refer to First Page for Important Deadlines and Notices ––

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0970-2           User: learys                 Page 1 of 2              Date Rcvd: Sep 13, 2007
Case: 07-04582                 Form ID: b9a                 Total Served: 43
```

```
The following entities were served by first class mail on Sep 15, 2007.
db          +LE GRAND R BONNET,    480 S. CHIPPEWA DR.,    CHANDLER, AZ 85224-7561
jdb         +NADINE M BONNET,    480 S. CHIPPEWA DR.,    CHANDLER, AZ 85224-7561
aty         +WALTER E. MOAK,    Macey & Aleman,    3030 N. Central Ave.,    Suite 509,    Phoenix, AZ 85012-2712
tr          +BRIAN J. MULLEN,    PO BOX 32247,    PHOENIX, AZ 85064-2247
7040430     +ACS/COLLEGE LOAN CORP,    501 BLEECKER ST,    UTICA NY 13501-2401
7040431      Banner Desert Med Center,    P.O. Box 2978,    Phoenix AZ 85062-2978
7040433     +CAPITAL ONE AUTO FINANCE,    3901 DALLAS PKWY,    PLANO TX 75093-7864
7040435     +CHASE AUTO,    14800 FRYE ROAD,    FORT WORTH TX 76155-2732
7040437     +CITI,    PO BOX 6241,    SIOUX FALLS SD 57117-6241
7040438     +CITIBANK USA/SEARS,    PO BOX 6189,    SIOUX FALLS SD 57117-6189
7040441      CTI,    P.O. Box 6849,    Chicago IL 60680-6849
7040440     +Creditor Interchange,    80 Holtz Drive,    Buffalo NY 14225-1470
7040442      Desert Valley Ent,    936 W. Chandler Blvd. Suite 2,    Chandler AZ 85225-2531
7040443     +GEMB/MEIJER,    PO BOX 981400,    EL PASO TX 79998-1400
7040444     +GEMB/SHOPNBC PLCC,    PO BOX 981400,    EL PASO TX 79998-1400
7040445     +HLZG/CBUSA,    POB 5002,    SIOUX FALLS SD 57117-5002
7040446     +HOUSEHOLD BANK/RHODES FURN,    PO BOX 15519,    WILMINGTON DE 19850-5519
7040447      Lake Ridge HOA INC.,    P.O. Box 64683,    Phoenix AZ 85082-4683
7040448     +M & T BANK,    1 FOUNTAIN PLZ,    BUFFALO NY 14203-1495
7040449     +MBNA AMERICA BANK,    POB 17054,    WILMINGTON DE 19884-0001
7040450     +MCYDSNB,    9111 DUKE BLVD,    MASON OH 45040-8999
7040451     +MERCURY FINANCE COMPAN,    4200 S EAST ST,    INDIANAPOLIS IN 46227-1534
7040452      MONOGRAM BANK N AMERICA,    4060 OGLETOWN/STAN DE5-019-03-07,    NEWARK DE 19713
7040453     +NELNET LNS,    PO BOX 1649,    DENVER CO 80201-1649
7040455     +SEARS/CBSD,    8725 W SAHARA AVE MC 02/02/03,    THE LAKES NV 89163-0001
7040454     +SEARS/CBSD,    PO BOX 6189,    SIOUX FALLS SD 57117-6189
7040458     +TFC CREDIT CORP,    2010 CROW CANYON PL STE,    SAN RAMON CA 94583-4634
7040462     +USA SERVICING COMPANY,    11100 USA PKWY,    FISHERS IN 46037-9203
7040460      Universal Fidelity Corp,    PO Box 941911,    Houston TX 77094-8911
7040461     +Unterberg & Associates, PC,    8050 Cleveland Plc,    Merrillville IN 46410-5302
7040463     +WELLS FARGO ED FIN SVC,    301 E 58TH ST N,    SIOUX FALLS SD 57104-0422
7040464     +WELLS FARGO HOME MORTG,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7200
The following entities were served by electronic transmission on Sep 14, 2007.
tr           +EDI: QBJMULLEN.COM Sep 13 2007 22:20:00     BRIAN J. MULLEN,    PO BOX 32247,
               PHOENIX, AZ 85064-2247
smg          +EDI: AZDEPREV.COM Sep 13 2007 22:20:00     AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
               1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2612
smg           EDI: IRS.COM Sep 13 2007 22:19:00     IRS,    210 EAST EARLL DR, MS 5014 PX,    PHOENIX, AZ  85012
7040429      +EDI: ARROW.COM Sep 13 2007 22:20:00     AAROW FINANCIAL SERVICES,    5996 W TOUHY AVE,
               NILES IL 60714-4610
7040432      +EDI: CAPITALONE.COM Sep 13 2007 22:19:00     CAP ONE BK,    PO BOX 85520,    RICHMOND VA 23285-5520
7040434      +EDI: CHASE.COM Sep 13 2007 22:20:00     CHASE,    800 BROOKSEDGE BLVD,    WESTERVILLE OH 43081-2822
7040436      +EDI: CHRYSLER.COM Sep 13 2007 22:20:00     CHRYSLER FINANCIAL,    11300 CORNELL PARK DR ST,
               CINCINNATI OH 45242-1858
7040437      +EDI: CITICORP.COM Sep 13 2007 22:20:00     CITI,    PO BOX 6241,    SIOUX FALLS SD 57117-6241
7040438      +EDI: SEARS.COM Sep 13 2007 22:20:00     CITIBANK USA/SEARS,    PO BOX 6189,
               SIOUX FALLS SD 57117-6189
7040439      +EDI: COUNTRYWIDE.COM Sep 13 2007 22:20:00     COUNTRYWIDE,    450 AMERICAN ST,
               SIMI VALLEY CA 93065-6285
7040446      +EDI: HFC.COM Sep 13 2007 22:19:00     HOUSEHOLD BANK/RHODES FURN,    PO BOX 15519,
               WILMINGTON DE 19850-5519
7040449      +EDI: BANKAMER2.COM Sep 13 2007 22:20:00     MBNA AMERICA BANK,    POB 17054,
               WILMINGTON DE 19884-0001
7040456      +EDI: RESURGENT.COM Sep 13 2007 22:19:00     SHERMAN ACQUISITIONS,    PO BOX 740281,
               HOUSTON TX 77274-0281
7040457      +EDI: WTRRNBANK.COM Sep 13 2007 22:20:00     TARGET NB,    PO BOX 673,    MINNEAPOLIS MN 55440-0673
7040459      +EDI: WTRRNBANK.COM Sep 13 2007 22:20:00     TNB - TARGET,    PO BOX 673,
               MINNEAPOLIS MN 55440-0673
7040463      +EDI: WFFC.COM Sep 13 2007 22:20:00     WELLS FARGO ED FIN SVC,    301 E 58TH ST N,
               SIOUX FALLS SD 57104-0422
7040465      +EDI: WTRWFNNB.COM Sep 13 2007 22:20:00     WFNNB/VCTRIA,    PO BOX 182128,
               COLUMBUS OH 43218-2128
                                                                                               TOTAL: 17

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 15, 2007**                    **Signature:**    *Joseph Speetjens*