Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600 / (972) 643-6698 (Telecopier)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | |
| LE GRAND R BONNET § | CASE NO. 07-04582-PHX-GBN |
| NADINE M BONNET § | CHAPTER 7 |
| § | |
| § | JUDGE GEORGE B. NIELSEN |

**NOTICE OF APPEARANCE COMBINED**
**WITH REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter:

**Wells Fargo Bank, N. A. successor by merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage, Inc.**

and its successors and/or assigns.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the undersigned at the address indicated below.

<u>MAIL TO</u> :
P. O. Box 829009, Dallas, Texas  75382-9009

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Hilary B. Bonial
Hilary B. Bonial

F# 7701-N-8707
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Wells Fargo Bank, N. A. successor by merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage, Inc.

1

## CERTIFICATE OF SERVICE

      I, Hilary B. Bonial, hereby certify that a true and correct copy of the foregoing Notice of Appearance Combined with Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before October 1, 2007:

**Debtors' Attorney**
Walter E. Moak
Macey & Aleman
3030 N. Central Ave.
Suite 509
Phoenix, AZ 85012

**Chapter 7 Trustee**
Brian J. Mullen
Post Office Box 32247
Phoenix, Arizona 85064

                                                                      /s/ Hilary B. Bonial
                                                                       Hilary B. Bonial
                                                                       Lawrence J. Buckley

7701-N-8707
noaelect