# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

07-07411/188457121

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Le Grand R. Bonnet and Nadine M. Bonnet<br><br>Debtors.<br><br>Wells Fargo Bank, N.A. successor by Merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage Inc.<br><br>Movant,<br>vs.<br><br>Le Grand R. Bonnet and Nadine M. Bonnet, Debtors; Brian J. Mullen, Trustee.<br><br>Respondents. | No. 2:07-bk-04582-GBN<br><br>Chapter 7<br><br>MOVANT'S MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY<br><br><br>RE: Real Property Located at<br>1363 River Ridge Drive<br>Brownsburg, IN 46112 |

Movant hereby requests an order granting relief from the automatic stay of 11 U.S.C. 362(a), to permit Movant to foreclose the lien of its Mortgage on real property owned by Debtors by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference.

DATED this 9th day of October, 2007.

                              Respectfully submitted,

                              TIFFANY & BOSCO, P.A.

                              BY /s/ MSB # 010167
                                      Mark S. Bosco
                                      Leonard J. McDonald
                                      Attorney for Movant

## MEMORANDUM OF POINTS AND AUTHORITIES

Le Grand R. Bonnet and Nadine M. Bonnet filed a voluntary petition for protection under Chapter 7 of the Bankruptcy Code. Brian J. Mullen was appointed trustee of the bankruptcy estate Debtors have an interest in that certain real property located in Hendricks County, IN, more particularly described as:

> Lot 431, in LAKE RIDGE, section eleven, a subdivision in Hendricks County, Indiana as per Plat thereof, recorded as instrument # 2002-36264, in Plat Cabinet 5, Slide 35, Page 1A-1B, in the Office of the Recorder of Hendricks, County, Indiana.

Debtors executed a Note secured by a Deed of Trust, dated July 18, 2003, recorded in the office of the Hendricks County Recorder. True copies of the Note and Mortgage are annexed as Exhibits "A" and "B", respectively, and made a part hereof by this reference. Movant is the Assignee of the Deed of Trust.

Debtors are in default on their obligations to Movant for which the property is security, and payments are due under the Promissory Note from and after September 1, 2006.

Movant is informed and believes and therefore alleges that the Movant and the bankruptcy estate are not adequately protected based upon the Debtors failure to make payments on a timely basis.

Movant is informed and believes and therefore alleges that the Debtors and the bankruptcy estate have no equity in the property. Pursuant to Debtors statement of intentions the debtor intends on

surrendering his interest in the subject property. A true and correct copy of the Debtor's Statement of Intention is attached hereto as Exhibit "C".

Debtors are indebted to Wells Fargo Bank, N.A. successor by Merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage Inc. for the total debt owed in the approximate amount of $144,271.66, through September 12, 2007, plus accruing interest, costs, and attorney fees. The current default amount is set forth below:

| | |
|---|---|
| 14 Payments at $1,395.92 (September 1, 2006- October 1, 2007) | $ 19,542.88 |
| Accrued Late Charges | $     716.42 |
| Escrow Advance | $   3,496.68 |
| Pre-petition Attorney Fees | $   1,513.53 |
| NSF Fees | $       30.00 |
| Motion for Relief filing fee | $     150.00 |
| Attorney Fees Due | $     800.00 |
| Total amount due | $ 26,249.51 |

The Movant further seeks relief in order to, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

## CONCLUSION

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) as to the debtors, their bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict Debtors and/or successors of Debtors; and to obtain

…

…

…

…

ownership, possession and control of the Property.

DATED this 9th day of October, 2007.

                              TIFFANY & BOSCO, P.A.

                              By  /s/ MSB # 010167
                                  Mark S. Bosco
                                  Leonard J. McDonald
                                  2525 East Camelback Road, Suite 300
                                  Phoenix, Arizona 85016
                                  Attorneys for Movant