# TIFFANY & BOSCO
### P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

07-07411/188457121

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:07-bk-04582-GBN |
| Le Grand R. Bonnet and Nadine M. Bonnet<br>Debtors. | Chapter 7 |
| Wells Fargo Bank, N.A. successor by Merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage Inc. | CERTIFICATE OF SERVICE<br>AND<br>NO OBJECTION |
| Movant,<br>vs. | |
| Le Grand R. Bonnet and Nadine M. Bonnet, Debtors; Brian J. Mullen, Trustee.<br><br>Respondents. | |

STATE OF ARIZONA )
                           ) ss.
County of Maricopa )

    I, Leonard J. McDonald, under oath, depose and say:

That on October 9, 2007, I caused to be mailed a copy of the Notice of Filing Motion for Relief from Stay and Requirement to File, along with a copy of Motion for Relief from the Automatic Stay, and a copy of a proposed Order Lifting Stay, in reference to the above captioned matter, by U.S. mail, postage prepaid, to the following interested parties:

Le Grand R. Bonnet and Nadine M. Bonnet
480 S. Chippewa Dr.
Chandler, AZ 85224
Debtors

Walter E. Moak
3030 N. Central Ave.
Suite 509
Phoenix, AZ 85012
Attorney for Debtors

Brian J. Mullen
PO Box 32247
Phoenix, AZ 85064
Trustee

Wells Fargo Home Mortgage
3476 Stateview Blvd
Fort Mill, SC 29715

Countrywide
450 American St
Simi Valley, CA 93065

U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003-1706

.....

......

......

| | |
|---|---|
| 1 | and no objection to relief has been received by the affiant |
| 2 | |
| 3 | TIFFANY & BOSCO, P.A. |
| 4 | |
| 5 | BY /s/ Leonard J. McDonald |
| 6 | 2525 East Camelback Road<br>Suite 300 |
| 7 | Phoenix, AZ 85016 |

SUBSCRIBED AND SWORN to before me this 1st day of November, 2007.

_Anne Marie Mallette_
Notary Public

> Anne Marie Mallette
> Notary Public - Arizona
> Maricopa County
> My Commission Expires
> May 16, 2010

Copy of the foregoing was
mailed this 1st day of November, 2007.

Le Grand R. Bonnet and Nadine M. Bonnet
480 S. Chippewa Dr.
Chandler, AZ  85224
Debtors

Walter E. Moak
3030 N. Central Ave.
Suite 509
Phoenix, AZ  85012
Attorney for Debtors

Brian J. Mullen
PO Box 32247
Phoenix, AZ 85064
Trustee

Wells Fargo Home Mortgage
3476 Stateview Blvd
Fort Mill, SC  29715

| | |
|---|---|
| 1 | Countrywide<br>450 American St |
| 2 | Simi Valley, CA 93065 |
| 3 | |
| 4 | U.S. Trustee<br>230 North 1st Avenue, Suite 204 |
| 5 | Phoenix, AZ 85003-1706 |
| 6 | |
| 7 | By: <u>Anne Mallette</u> |