**SO ORDERED.**

Dated: November 01, 2007



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

```
RICK D SHERMAN
402 WEST ROOSEVELT
SUITE J
PHOENIX, ARIZONA 85003
602.957.5348
602.258.2229 fax
```

Rick D. Sherman, SBN 011710
Attorney for Movant

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| | Case No. 2:06-bk-03982-RTB |
| STEVEN L KIBBE, | ORDER FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY |
| Debtor(s), | |

**IT APPEARING TO THE COURT THAT GOOD CAUSE EXISTS FOR RELIEF FROM ALL STAYS** in that the interests of THE SUBHI M KALLA FAMILY TRUST DATED 8/29/91, (the "Movant") is not being adequately protected and that it is in the best interests of the parties that all stays including the Automatic Stay of 11 U.S.C. §362 (a) and Co-Debtor Stay of 11 U.S.C. §1301 be lifted with respect to that certain real property located at 12712 West Denton Avenue, Litchfield Park, Arizona (the "Property") which is more particularly described as:

LOT 66, LITCHFIELD VISTAS VIEWS III B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, IN BOOK 460 OF MAPS, PAGE 44, AND CORRECTED IN BOOK 466 OF MAPS, PAGE 8

and that the Movant should be allowed to proceed in the normal course of business in enforcing its lien on the above described Property.

**IT IS HEREBY ORDERED** that all stays and injunctions, including the Automatic Stay of 11 U.S.C. §362 (a) and Co-Debtor Stay of 11 U.S.C. §1301, instituted

1 upon the filing of the petition for relief by the above-named Debtor(s) are lifted, and that
2 the Movant is permitted to enforce its lien in any lawful manner, including but not limited
3 to proceeding with, continuing or completing a judicial or non-judicial foreclosure sale on
4 the subject real property and thereafter obtaining judgment for possession of the Property
5 in any court of competent jurisdiction.

**IT IS HEREBY FURTHER ORDERED** that the additional ten-day period in Rule 4001 (a) (3) shall not apply and that stay relief is effective immediately.

**IT IS HEREBY FURTHER ORDERED** that the Movant may not complete its pending foreclosure sale until November 26, 2007.

**IT IS HEREBY FURTHER ORDERED** that if the Debtor(s) convert to any other chapter of bankruptcy all stays and injunctions shall remain lifted.

**DATED this date:**

**The Honorable REDFIELD T BAUM SR.
U S BANKRUPTCY COURT JUDGE
DISTRICT OF ARIZONA**



LAW OFFICES OF
**RICK D. SHERMAN**
402 WEST ROOSEVELT, SUITE J
PHOENIX, ARIZONA 85003
(602) 957-5348