**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

07-07411/188457121

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:07-bk-04582-GBN |
| Le Grand R. Bonnet and Nadine M. Bonnet<br>    Debtors. | Chapter 7 |
| Wells Fargo Bank, N.A. successor by Merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage Inc.<br>        Movant,<br>    vs.<br>Le Grand R. Bonnet and Nadine M. Bonnet, Debtors, Brian J. Mullen, Trustee.<br>        Respondents. | ORDER<br><br>(Related to Docket # 13) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated with respect to that certain real

property which is the subject of a Deed of Trust dated July 18, 2003 and recorded in the office of the Hendricks County Recorder wherein Wells Fargo Bank, N.A. successor by Merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage Inc. is the current beneficiary and Le Grand R. Bonnet and Nadine M. Bonnet have an interest in, further described as:

> Lot 431, in LAKE RIDGE, section eleven, a subdivision in Hendricks County, Indiana as per Plat thereof, recorded as instrument # 2002-36264, in Plat Cabinet 5, Slide 35, Page 1A-1B, in the Office of the Recorder of Hendricks, County, Indiana.

IT IS FURTHER ORDERED Wells Fargo Bank, N.A. successor by Merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage Inc. its assigns and/or successor in interest is hereby authorized to take whatever state law or contractual rights it may have in the above legally described property, in its discretion.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED Wells Fargo Bank, N.A. successor by Merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage Inc. and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2007.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT

GRANTED