**IT IS SO ORDERED.**

Dated: November 01, 2007

/s/ George B. Nielsen
_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

---

TIFFANY & BOSCO P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

07-07411/188457121

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

IN RE:

Le Grand R. Bonnet and Nadine M. Bonnet
    Debtors.

_____

Wells Fargo Bank, N.A. successor by Merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage Inc.
    Movant,
  vs.

Le Grand R. Bonnet and Nadine M. Bonnet, Debtors, Brian J. Mullen, Trustee.

    Respondents.

No. 2:07-bk-04582-GBN

Chapter 7

ORDER

(Related to Docket # 13)

**GRANTED**

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated with respect to that certain real

property which is the subject of a Deed of Trust dated July 18, 2003 and recorded in the office of the Hendricks County Recorder wherein Wells Fargo Bank, N.A. successor by Merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage Inc. is the current beneficiary and Le Grand R. Bonnet and Nadine M. Bonnet have an interest in, further described as:

> Lot 431, in LAKE RIDGE, section eleven, a subdivision in Hendricks County, Indiana as per Plat thereof, recorded as instrument # 2002-36264, in Plat Cabinet 5, Slide 35, Page 1A-1B, in the Office of the Recorder of Hendricks, County, Indiana.

IT IS FURTHER ORDERED Wells Fargo Bank, N.A. successor by Merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage Inc. its assigns and/or successor in interest is hereby authorized to take whatever state law or contractual rights it may have in the above legally described property, in its discretion.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED Wells Fargo Bank, N.A. successor by Merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage Inc. and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2007.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT

GRANTED

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0970-2           User: beckette            Page 1 of 1                    Date Rcvd: Nov 02, 2007
Case: 07-04582                 Form ID: pdf004           Total Served: 5

The following entities were served by first class mail on Nov 04, 2007.
db           +LE GRAND R BONNET,    480 S. CHIPPEWA DR.,    CHANDLER, AZ 85224-7561
jdb          +NADINE M BONNET,    480 S. CHIPPEWA DR.,    CHANDLER, AZ 85224-7561
aty          +MARK 2 BOSCO,    TIFFANY & BOSCO, P.A.,    2525 EAST CAMELBACK ROAD,    SUITE 300,
               PHOENIX, AZ 85016-9240
aty          +WALTER E. MOAK,    Macey & Aleman,    3030 N. Central Ave.,    Suite 509,    Phoenix, AZ 85012-2712
tr           +BRIAN J. MULLEN,    PO BOX 32247,    PHOENIX, AZ 85064-2247

The following entities were served by electronic transmission.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 04, 2007              Signature:  *Joseph Speetjens*