Certificate Number: 03088-AZ-DE-002800816

Bankruptcy Case Number: 07-04582

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on November 2, 2007, at 6:59 o'clock PM CDT,

Le Grand R Bonnet completed a course on personal financial

management given by internet and telephone by

Debt Education and Certification Foundation,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the District of Arizona.


Date: November 2, 2007     By      /s/Jessica L. Tarter

                           Name    Jessica L. Tarter

                           Title   Counselor

Certificate Number: 03088-AZ-DE-002800817

Bankruptcy Case Number: 07-04582

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on November 2, 2007, at 6:59 o'clock PM CDT, Nadine M Bonnet completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Arizona.

Date: November 2, 2007

By /s/Jessica L. Tarter

Name Jessica L. Tarter

Title Counselor