B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
District of Arizona
Case No. **2:07−bk−04582−GBN**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| LE GRAND R BONNET | NADINE M BONNET |
| 480 S. CHIPPEWA DR. | 480 S. CHIPPEWA DR. |
| CHANDLER, AZ 85224 | CHANDLER, AZ 85224 |

Social Security No.:
  xxx−xx−7442                                         xxx−xx−1629

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                                BY THE COURT

Dated: 2/4/08                                          George B. Nielsen Jr.
                                                                United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0970-2          User: admin              Page 1 of 2             Date Rcvd: Feb 04, 2008
Case: 07-04582                Form ID: b18             Total Served: 50


The following entities were served by first class mail on Feb 06, 2008.
db         +LE GRAND R BONNET,   480 S. CHIPPEWA DR.,   CHANDLER, AZ 85224-7561
jdb        +NADINE M BONNET,   480 S. CHIPPEWA DR.,   CHANDLER, AZ 85224-7561
aty         HILARY B. BONIAL,   BRICE, VANDER LINDEN & WERNICK, PC,   PO BOX 829009,   DALLAS, TX 75382-9009
aty        +MARK 2 BOSCO,   TIFFANY & BOSCO, P.A.,   2525 EAST CAMELBACK ROAD,   SUITE 300,
             PHOENIX, AZ 85016-9240
aty        +WALTER E. MOAK,   MACEY & ALEMAN,   101 N. FIRST AVE. #2080,   PHOENIX, AZ 85003-1900
cr          Wells Fargo Bank, N.A.,   P.O. Box 829009,   Dallas, TX 75382-9009
cr         +Wells Fargo Bank, N.A., C/O Mark S. Bosco.,   TIFFANY & BOSCO, P.A.,   2525 E. CAMELBACK RD.,
             SUITE 300,   ESPLANADE II,   PHOENIX, AZ 85016-4237
7040430    +ACS/COLLEGE LOAN CORP,   501 BLEECKER ST,   UTICA NY 13501-2401
7040431     Banner Desert Med Center,   P.O. Box 2978,   Phoenix AZ 85062-2978
7040433    +CAPITAL ONE AUTO FINANCE,   3901 DALLAS PKWY,   PLANO TX 75093-7864
7040437    +CITI,   PO BOX 6241,   SIOUX FALLS SD 57117-6241
7040438    +CITIBANK USA/SEARS,   PO BOX 6189,   SIOUX FALLS SD 57117-6189
7040441     CTI,   P.O. Box 6849,   Chicago IL 60680-6849
7040440    +Creditor Interchange,   80 Holtz Drive,   Buffalo NY 14225-1470
7040442     Desert Valley Ent,   936 W. Chandler Blvd. Suite 2,   Chandler AZ 85225-2531
7040443    +GEMB/MEIJER,   PO BOX 981400,   EL PASO TX 79998-1400
7040444    +GEMB/SHOPNBC PLCC,   PO BOX 981400,   EL PASO TX 79998-1400
7040445    +HLZG/CBUSA,   POB 5002,   SIOUX FALLS SD 57117-5002
7040447     Lake Ridge HOA INC.,   P.O. Box 64683,   Phoenix AZ 85082-4683
7040448    +M & T BANK,   1 FOUNTAIN PLZ,   BUFFALO NY 14203-1495
7040449    +MBNA AMERICA BANK,   POB 17054,   WILMINGTON DE 19884-0001
7040450    +MCYDSNB,   9111 DUKE BLVD,   MASON OH 45040-8999
7040451    +MERCURY FINANCE COMPAN,   4200 S EAST ST,   INDIANAPOLIS IN 46227-1534
7040452     MONOGRAM BANK N AMERICA,   4060 OGLETOWN/STAN DE5-019-03-07,   NEWARK DE 19713
7040453    +NELNET LNS,   PO BOX 1649,   DENVER CO 80201-1649
7040455    +SEARS/CBSD,   8725 W SAHARA AVE MC 02/02/03,   THE LAKES NV 89163-0001
7040454    +SEARS/CBSD,   PO BOX 6189,   SIOUX FALLS SD 57117-6189
7040458    +TFC CREDIT CORP,   2010 CROW CANYON PL STE,   SAN RAMON CA 94583-4634
7040462    +USA SERVICING COMPANY,   11100 USA PKWY,   FISHERS IN 46037-9203
7040460     Universal Fidelity Corp,   PO Box 941911,   Houston TX 77094-8911
7040461    +Unterberg & Associates, PC,   8050 Cleveland Plc,   Merrillville IN 46410-5302
7040463    +WELLS FARGO ED FIN SVC,   301 E 58TH ST N,   SIOUX FALLS SD 57104-0422
7040464    +WELLS FARGO HOME MORTG,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7200
7055059    +Wells Fargo Bank, NA,   P.O. Box 829009,   Dallas, TX 75382-9009

The following entities were served by electronic transmission on Feb 05, 2008.
aty        +E-mail/PDF: ebnnotices@theramseylawfirm.com Feb 05 2008 03:16:45     ERICH M RAMSEY,
             ASCENSION CAPITAL GROUP,   PO BOX 201347,   ARLINGTON, TX 76006-1347
tr         +EDI: QBJMULLEN.COM Feb 04 2008 22:54:00      BRIAN J. MULLEN,   PO BOX 32247,
             PHOENIX, AZ 85064-2247
smg        +EDI: AZDEPREV.COM Feb 04 2008 22:54:00      AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
             1600 W. MONROE, 7TH FL.,   PHOENIX, AZ 85007-2612
smg         EDI: IRS.COM Feb 04 2008 22:54:00      IRS,   210 EAST EARLL DR, MS 5014 PX,   PHOENIX, AZ 85012
7040429    +EDI: ARROW.COM Feb 04 2008 22:54:00      AAROW FINANCIAL SERVICES,   5996 W TOUHY AVE,
             NILES IL 60714-4610
7040432    +EDI: CAPITALONE.COM Feb 04 2008 22:54:00      CAP ONE BK,   PO BOX 85520,   RICHMOND VA 23285-5520
7059782    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Feb 05 2008 03:01:12
             CAPITAL ONE AUTO FINANCE DEPARTMENT,   C/O ASCENSION CAPITAL GROUP,   POB 201347,
             ARLINGTON, TX 76006-1347
7040434    +EDI: CHASE.COM Feb 04 2008 22:54:00      CHASE,   800 BROOKSEDGE BLVD,   WESTERVILLE OH 43081-2822
7040435    +EDI: CAUT.COM Feb 04 2008 22:54:00      CHASE AUTO,   14800 FRYE ROAD,   FORT WORTH TX 76155-2732
7040436    +EDI: CHRYSLER.COM Feb 04 2008 22:54:00      CHRYSLER FINANCIAL,   11300 CORNELL PARK DR ST,
             CINCINNATI OH 45242-1858
7040437    +EDI: CITICORP.COM Feb 04 2008 22:54:00      CITI,   PO BOX 6241,   SIOUX FALLS SD 57117-6241
7040438    +EDI: SEARS.COM Feb 04 2008 22:54:00      CITIBANK USA/SEARS,   PO BOX 6189,
             SIOUX FALLS SD 57117-6189
7040439    +EDI: COUNTRYWIDE.COM Feb 04 2008 22:54:00      COUNTRYWIDE,   450 AMERICAN ST,
             SIMI VALLEY CA 93065-6285
7040446    +EDI: HFC.COM Feb 04 2008 22:54:00      HOUSEHOLD BANK/RHODES FURN,   PO BOX 15519,
             WILMINGTON DE 19850-5519
7040449    +EDI: BANKAMER2.COM Feb 04 2008 22:54:00      MBNA AMERICA BANK,   POB 17054,
             WILMINGTON DE 19884-0001
7040456    +EDI: RESURGENT.COM Feb 04 2008 22:54:00      SHERMAN ACQUISITIONS,   PO BOX 740281,
             HOUSTON TX 77274-0281
7040457    +EDI: WTRRNBANK.COM Feb 04 2008 22:54:00      TARGET NB,   PO BOX 673,   MINNEAPOLIS MN 55440-0673
7040459    +EDI: WTRRNBANK.COM Feb 04 2008 22:54:00      TNB - TARGET,   PO BOX 673,
             MINNEAPOLIS MN 55440-0673
7040463    +EDI: WFFC.COM Feb 04 2008 22:54:00      WELLS FARGO ED FIN SVC,   301 E 58TH ST N,
             SIOUX FALLS SD 57104-0422
7040465    +EDI: WTRWFNNB.COM Feb 04 2008 22:54:00      WFNNB/VCTRIA,   PO BOX 182128,
             COLUMBUS OH 43218-2128
                                                                                              TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +CAPITAL ONE AUTO FINANCE DEPARTMENT,   C/O ASCENSION CAPITAL GROUP,   P.O. BOX 201347,
             ARLINGTON, TX 76006-1347
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 06, 2008**                **Signature:**        *Joseph Speetjens*